HAMAKER et al, Respondents, v. CITY OF HIGHMORE, a Municipal Corporation, Appellant.

(197 N. W. 787.)

(File No. 5267.   Opinion filed March 18, 1924.)

**Appeal and Error—Briefs—Court Rules—Judgment Affirmed Where Appeal Abandoned by Default in Filing Briefs.**

Where no brief was filed by appellant within the time for filing appellant's brief, and no other action of any kind was taken in prosecuting appeal or complying with the Supreme Court rules, the appeal will be deemed abandoned, and the judgment appealed from' will be affirmed.

Appeal from Circuit Court, Hyde County; HON. JOHN F. HUGHES, Judge.

*M. C. Cunningham,* of Highmore, for Appellant.

*M. Harry O'Brien,* of Highmore, for Respondent.

PER CURIAM.   A certified copy of the notice of appeal was filed in this court on November 24, 1922.   The appeal is from a judgment of the circuit court of Hyde county, entered November 9, 1921.

No other papers have been filed in this case.   For all the reasons set forth in the case of Wederath v. Gigg, County Superintendent, 197 N. W. 786, and the further reason that no undertaking has been given as provided by law, the appeal in this case is deemed abandoned, and the judgment of the lower court is affirmed.

Note.—Reported in 197 N. W. 687.   See, Headnote, Appeal and error, 3 C. J. Sec. 1607, 4 C. J. Sec. 2437, 3 C. J. Sec. 1603.